GRANNISS & HURD LUMBER COMPANY, Respondent, *v.* RICHARD
DEEVES, Appellant.

Reported below, 72 Hun, 171.
(Argued October 24, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made October 13, 1893, which affirmed a judgment in favor of
plaintiff, entered upon the report of a referee.

*Abner C. Thomas* for appellant.

*Michael H. Cardozo* for respondent.

Judgment affirmed, with costs, on opinion in General Term.
All concur.

---

RICHARD FORAN, Appellant, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Respondent.

Mem. of decision below, 72 Hun, 639.
(Argued October 25, 1895; decided November 26, 1895.)

APPEAL from so much of an order of the General Term of
the Supreme Court in the fifth judicial department, made
May 9, 1893, as reversed a judgment in favor of plaintiff,
entered upon a verdict.

*Moses Shire* for appellant.

*Charles A. Pooley* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant, with costs, on opinion at General Term.
All concur, except FINCH and HAIGHT, JJ., not sitting.